United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 14-22320-RAM
Hratch Hutch Khandjian                                              Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1          User: admin              Page 1 of 1              Date Rcvd: Jul 01, 2014
                              Form ID: CGFD65          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2014.
```
db          +Hratch Hutch Khandjian,    15455 NE 6th Ave. #117,    Miami, FL 33162-5108
smg          Florida Department of Revenue,    POB 6668,    Tallahassee, FL 32314-6668
92303917    +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
92303919   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
               Kansas City, MO 64195)
92303918    +Cap One,    Po Box 30253,    Salt Lake City, UT 84130-0253
92303922     Dsnb Macys,    911 Duke Blvd,    Mason, OH 45040
92303923    +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
92303926   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
               Norfolk, VA 23541)
92303927    +Professional Collection,    Po Box 45274,    Los Angeles, CA 90045-0274
92303928    +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
92303929    +Tucker IP,    2515 Marina Bay Drive West,    #202,    Fort Lauderdale, FL 33312-2326
92303930    +Universal Account Servicing LLC,    POB 8890,    Saint Joseph, MO 64508-8890
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
92303920    +E-mail/Text: creditonebknotifications@resurgent.com Jul 02 2014 01:13:09     Credit One Bank,
               Po Box 98873,    Las Vegas, NV 89193-8873
92303921    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 02 2014 01:19:00     Discover Fin Svcs Llc,
               Pob 15316,    Wilmington, DE 19850-5316
92303924     E-mail/Text: cio.bncmail@irs.gov Jul 02 2014 01:14:05     Internal Revenue Service,    POB 21126,
               Philadelphia, PA 19114
92303925    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 02 2014 01:14:52     Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 4
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2014                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2014 at the address(es) listed below:
```
              Anthony Ditocco    on behalf of Debtor Hratch Hutch Khandjian tditocco@ditoccolaw.com,
               tjuried@ditoccolaw.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Ross R Hartog    rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com
                                                                                              TOTAL: 3
```

CGFD65 (12/1/09)



ORDERED in the Southern District of Florida on July 1, 2014

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14−22320−RAM

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Hratch Hutch Khandjian
15455 NE 6th Ave. #117
Miami, FL 33162

SSN: xxx−xx−3477

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

    The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

# # #

\* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*