Certificate Number: 17082-FLS-DE-023774926

Bankruptcy Case Number: 14-22320



17082-FLS-DE-023774926

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 9, 2014</u>, at <u>9:48</u> o'clock <u>PM MST</u>, <u>HRATCH H KHANDJIAN</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date:  <u>July 9, 2014</u>

By:   <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:  <u>Executive Director</u>