**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

In re:                                                             Chapter 7

                                                                   Case No. 14-22320-RAM

Hratch Hutch Khandjian,

Debtor.                                     /

### NOTICE TO WITHDRAW DOCUMENT

The Debtor, Hratch Hutch Khandjian, by and through his undersigned counsel, hereby gives notice of withdrawal of the Debtor's Answer in Objection to Movant's Gregory Shaw's Motion for Relief from Stay [DE 19], filed with this Court by the Debtor on August 4, 2014.

**Submitted by:**

/s/ Anthony DiTocco
Anthony DiTocco, Esq 797693
DiTocco Law Group, PLLC
6750 N. Andrews Ave., Ste. 200
Fort Lauderdale, FL 33309
(O) 954-566-9000 (F) 954-337-0305
tditocco@ditoccolaw.com

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

### CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2014, a copy of the Notice to Withdraw Document was served electronically or by regular United States mail to all interested parties listed below.

/s/ Anthony DiTocco
Anthony DiTocco, Esq 797693
DiTocco Law Group, PLLC
6750 N. Andrews Ave., Ste. 200
Fort Lauderdale, FL 33309
(O) 954-566-9000 (F) 954-337-0305
tditocco@ditoccolaw.com

**Electronic Mail Notice List:**

Atlas Acquisitions, LLC    bk@atlasacq.com
Ross R Hartog    rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com
Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Via US Mail:**

Matthew Sean Tucker
2515 Marina Bay Dr West #202
Ft Lauderdale, FL 33312