IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO. 14-22320-RAM

In the Matter of Bankruptcy of

**HRATCH HUTCH KHANDJIAN**
_____/

Chapter 7
Case No. 14-22320-RAM

### CERTIFICATE OF NO RESPONSE
### AND REQUEST FOR ENTRY OF ORDER

COMES NOW the Movant, GREGORY SHAW, by and through his undersigned counsel and certifies to this Honorable Court that the time period for filing a written response to the Movant's 2ND Amended Motion for Relief from Automatic Stay has expired and would show unto the Court:

1. Undersigned Counsel for Movant, GREGORY SHAW, filed Movant's 2ND Amended Motion for Relief from Automatic Stay was filed and entered on August 6, 2014 and August 7, 2014, respectively. *See* [D.E. 21].

2. Copies of said motion were mailed to Ross R. Hartog, Trustee and to Anthony DiTocco, Esquire, attorney for Debtor, and/or were served through the CM/ECF system.

3. No objections to said motion were received and/or filed within the 15-day time period provided by Local Rule 4000-1(c).

**WHEREFORE**, Movant, GREGORY SHAW, by and through his undersigned counsel hereby requests this Honorable Court to enter an order for relief from stay of bankruptcy as to its Debtor, HRATCH HUTCH KHANDJIAN, so as to allow Movant to pursue his State Court

lawsuit arising from the subject accident of July 30, 2013 against any available insurance coverage.

Respectfully submitted,

*/s/ Matthew L. Tucker*

Matthew Sean Tucker
Florida Bar No. 90047
Tucker IP
2515 Marina Bay Drive West, No. 202
Fort Lauderdale, FL 33312
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
mtucker@tuckeriplaw.com
*Attorney for Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st of July, 2014 a true and correct copy of the foregoing document was furnished by mail to all interested parties listed below:

Matthew Sean Tucker

**Via U.S. Mail:**

ANTHONY DITOCCO, ESQUIRE, attorney for Debtor
6750 North Andrews Ave. #200,
Fort Lauderdale, FL 33309

ROSS R. HARTOG, Bankruptcy Trustee
9130 S Dadeland Blvd, #1800
Miami, FL 33156.