

**ORDERED in the Southern District of Florida on August 27, 2014.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                   )      CASE NO.   14-22320-RAM
                                         )      CHAPTER   7
HRATCH HUTCH KHANDJIAN,                  )
                                         )
                                         )
                    Debtor.              )
                                         )
                                         )

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

On August 6, 2014, a 2nd Amended Motion for Relief from Stay ("Motion for Relief from Stay") [DE# 21] was filed under negative notice, pursuant to  11 U.S.C. § 362(d) and Local Rule 4000-1, by Gregory Shaw, Movant.  Upon expiration of the deadline for parties to object, no objections having been filed

with the Court, and a Certificate of No Response having been filed [DE# 24], it is -

**ORDERED** as follows:

1.    The Motion for Relief from Stay filed by Movant, Gregory Shaw is granted.

2.    The stay is lifted to allow the Movant to proceed against insurance proceeds, pursuant to a case filed in the Circuit Court, of the 11th Judicial Circuit, in and for Miami-Dade County, Florida, Case No. 14-008533 CA 01).

###

COPIES TO:

Matthew Sean Tucker, Esq.
2515 Marina Bay Drive West
Suite No. 202
Fort Lauderdale, FL  33312
(Counsel for Movant)

Anthony Ditocco, Esq. (Counsel for Debtor)
Ross R. Hartog, Trustee